UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEROME WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:14-cv-0027-WTL-DKL |
| | ) | |
| OFFICER KIRKWOOD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the defendants and against the plaintiff. The claims against the defendants are dismissed without prejudice. The plaintiff shall take nothing from his complaint.

Date:  6/19/15

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Jerome Warren, 2019 Carolina Ave., Indianapolis, IN 46218

Electronically registered counsel